UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
JACK NICHOLSON,
individually and on behalf of a class

                    Plaintiff,

    - against -

FORSTER & GARBUS LLP, RONALD
FORSTER AND MARK A. GARBUS

                    Defendants.
------------------------------------------------------------------- x

11-CV-0524 (SJF) (MJW)

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

    Enter my appearance in this case for Defendants.  I certify that I am admitted to practice in this court.

Dated: New York, New York
        February 9, 2011

KAUFMAN BORGEEST & RYAN LLP

_____
By:    Allison T. McCabe, Esq.
Attorneys for Defendants
Kaufman Borgeest & Ryan LLP
120 Broadway, 14th Floor
New York, New York 10271
Telephone No.: (212) 980-9600
Facsimile: (212) 980-9291

To:    All parties (via ECF)

1451057