UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
JACK NICHOLSON,
individually and on behalf of a class

                Plaintiff,

- against -


FORSTER & GARBUS LLP, RONALD
FORSTER AND MARK A. GARBUS

                Defendants.
------------------------------------------------------------------ x

Docket No. : 11-CV-0524
(SJF) (MJW)

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

    Enter my appearance in this case for Defendants.  I certify that I am admitted to practice in this court.


Dated: New York, New York
       February 9, 2011

                                                    KAUFMAN BORGEEST & RYAN LLP

                                                    By: Jonathan B. Bruno, Esq.
                                                    Attorneys for Defendants
                                                    Kaufman Borgeest & Ryan LLP
                                                    120 Broadway, 14th Floor
                                                    New York, New York 10271
                                                    Telephone No.: (212) 980-9600
                                                    Facsimile: (212) 980-9291

To:     All parties (via ECF)

1451060