UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- x

JACK NICHOLSON,
individually and on behalf of a class

                        Plaintiff,

          - against -

FORSTER & GARBUS LLP, RONALD
FORSTER AND MARK A. GARBUS

                   Defendants.

----------------------------------------------------------------------- x

11-CV-0524 (SJF) (MJW)

**STIPULATION**

       IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the Parties, that the time for Defendants Forster & Garbus LLP, Ronald Forster, and Mark A. Garbus to move or otherwise respond to the Complaint in this action, be hereby extended up to and including March 30, 2011. Facsimile copies of this stipulation shall have the same force and effect as an original copy.

Dated: New York, New York
       February 24, 2011

    Abraham Kleinman, Esq.
Attorney for Plaintiff
Kleinman LLC
626 RXR Plaza
Uniondale, New York 11556
Telephone No.: (516) 522-2621
Facsimile: (888) 522-1692

    Jonathan B. Bruno, Esq.
Attorneys for Defendants
Kaufman Borgeest & Ryan LLP
120 Broadway, 14th Floor
New York, New York 10271
Telephone No.: (212) 980-9600
Facsimile: (212) 980-9291

1462153