LAW OFFICE
# KLEINMAN LLC
626 REXCORP PLAZA
UNIONDALE, NEW YORK 11556-0626

ABRAHAM KLEINMAN
ATTORNEY AT LAW

April 14, 2011

TELEPHONE
(516) 522-2621

FACSIMILE
(888) 522-1692

**VIA ECF** *and*
**FACSIMILE TO (631) 712-5636**
Hon. Sandra J. Feuerstein
Unites States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:  Nicholson *v.* Forster & Garbus LLP *et al.*
2:11-cv-00524 (SJF) (WDW)

Dear Judge Feuerstein:

I represent the Plaintiff herein.

On March 30, 2011, Defendants have filed their Motion to Dismiss Cover Letter. Document Number: **8.**

The parties have consensually agreed to the following due dates.

Plaintiff's Opposition papers are due by May 11, 2011.

Defendants may file Reply Papers until May 26, 2011.

The parties respectfully request that Your Honor So Order this schedule.

**SO ORDERED:**

Respectfully submitted,

Abraham Kleinman

cc: Allison T. McCabe, Esq.
*Via* E-Mail to: AMCCABE@KBRLAW.COM

_____
SANDRA J. FEUERSTEIN
UNITES STATES DISTRICT JUDGE